**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Lillian S. Adams                                    CHAPTER 13
                       Debtor(s)
                                                           BKY. NO. 20-70343 JAD

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-5 and index same on the master mailing list.

    Respectfully submitted,

    **/s/James C. Warmbrodt, Esquire**
    James C. Warmbrodt, Esquire
    Attorney I.D. No. 42524
    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA 19106
    412-430-3594
    jwarmbrodt@kmllawgroup.com