Certificate Number: 17572-PAW-DE-034726694

Bankruptcy Case Number: 20-70343



17572-PAW-DE-034726694

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 31, 2020, at 2:51 o'clock PM PDT, Lillian S Adams completed a course on personal financial management given by telephone by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  July 31, 2020              By:   /s/Shelene Manzi

                                  Name: Shelene Manzi

                                  Title: Counselor