FILED
1/4/21 6:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Lillian S. Adams,<br>                          Debtor<br><br>    Lillian S. Adams,<br>                          Movant<br>                 v.<br>    Carrington Mortgage Services, LLC,<br>                          Respondent<br><br>    Ronda J. Winnecour, Esquire,<br>    Chapter 13 Trustee,<br>                          Additional Respondent | **DEFAULT O/E JAD**<br><br>Bankruptcy No. 20-70343-JAD<br><br>Chapter 13<br><br>Related to Doc. No. 26 |

### ORDER

A *Loss Mitigation Order* dated August 31, 2020, was entered in the above matter at Document No. 22. On December 22, 2020, a **Motion to Extend the Loss Mitigation Period** was filed by the Debtor, Lillian S. Adams at Document No. 26.

AND NOW, this **4th** day of **January**, **2021**, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including February 3, 2021*.

                                                                          _____ mas
                                                                          Jeffery A. Deller
                                                                          United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
    Lillian S. Adams
    Kenneth P. Seitz, Esquire
    Brian C. Nicholas, Esquire
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70343-JAD |
| Lillian S Adams | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: lfin | Page 1 of 1 |
| Date Rcvd: Jan 04, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lillian S Adams, 158 Coffee Hill Road, Hooversville, PA 15936-8714 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-5 bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Lillian S Adams thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4