IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : **DEFAULT O/E JAD** |
| Lillian S. Adams, | : |
| Debtor | : Bankruptcy No. 20-70343-JAD |
| | : |
| | : Chapter 13 |
| Lillian S. Adams, | : |
| Movant | : Related to ECF No. 36 |
| v. | : |
| Carrington Mortgage Services, LLC, | : |
| Respondent | : |
| | : |
| Ronda J. Winnecour, Esquire, | : |
| Chapter 13 Trustee, | : |
| Additional Respondent | : |

## ORDER

A *Loss Mitigation Order* dated August 31, 2020, was entered in the above matter at Document No. 22. On March 24, 2021, a **Motion to Extend the Loss Mitigation Period** was filed by the Debtor, Lillian S. Adams at Document No. 36.

*AND NOW*, this 5th day of April, 2021, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including May 5, 2021*.

_____
Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
  Lillian S. Adams
  Kenneth P. Seitz, Esquire
  Brian C. Nicholas, Esquire
  Ronda J. Winnecour, Esquire
  Office of United States Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-70343-JAD
Lillian S Adams  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: dkam     Page 1 of 1
Date Rcvd: Apr 05, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2021:**

**Recip ID     Recipient Name and Address**
db     + Lillian S Adams, 158 Coffee Hill Road, Hooversville, PA 15936-8714

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2021 at the address(es) listed below:**

**Name**     **Email Address**

Brian Nicholas
    on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-5 bnicholas@kmllawgroup.com

Kenneth P. Seitz
    on behalf of Debtor Lillian S Adams thedebterasers@aol.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 4