# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | **Bankruptcy No. 20-70343-JAD** |
| **Lillian S. Adams,** : | |
| Debtor : | **Chapter 13** |
| : | |
| **Lillian S. Adams,** : | |
| Movant : | |
| v. : | |
| **Carrington Mortgage Services, LLC,** : | |
| Respondent : | |
| : | |
| **Ronda J. Winnecour, Esquire,** : | |
| **Chapter 13 Trustee,** : | |
| Additional Respondent : | |

## CERTIFICATE OF SERVICE

I, Jessica L. Tighe, Legal Assistant for The Law Offices of Kenny P. Seitz, hereby certify I am over the age of eighteen years old and certify under penalty of perjury that I served the Interim Mortgage Modification Order dated April 14, 2021, on the parties at the addresses on the attached matrix by first class mail.

Date: <u>April 15, 2021</u>        /s/ Jessica L. Tighe
            Jessica L. Tighe; Legal Asst.
            Law Offices of Kenny P. Seitz
            P.O. Box 211
            Ligonier, PA 15658
            Tel: 814.536-7470
            Fax: 814.536-9924

## MATRIX OF PARTIES SERVED

Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Carrington Mortgage Services, LLC
Attn: Dolores Howell; Bankruptcy Specialist
Loss Mitigation Department
1600 Douglass Road
Anaheim, CA 92806

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour, Esquire – served electronically
Chapter 13 Trustee
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh, PA 15219

Lillian S. Adams
158 Coffee Hill Road
Hooversville, PA 15936