Case 20-70343-JAD    Doc 45    Filed 04/16/21    Entered 04/17/21 00:41:51    Desc Imaged
Certificate of Notice    Page 1 of 3

FILED
4/14/21 7:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| Lillian S. Adams, | : Bankruptcy No. 20-70343-JAD |
| Debtor | : |
| | : |
| Lillian S. Adams, | : Chapter 13 |
| Movant | : |
| v. | : Related to ECF Nos. 41, 22 |
| Carrington Mortgage Services, LLC, | : |
| Respondent | : |
| | : |
| Ronda J. Winnecour, Esquire, | : |
| Chapter 13 Trustee, | : |
| Additional Respondent | : |

## INTERIM MORTGAGE MODIFICATION ORDER

On April 13, 2021, the above named Debtor and Respondent Carrington Mortgage Services, LLC ("Creditor") entered into a trial modification (the "Trial Modification"), through the Court's *Loss Mitigation Program* (LMP), with respect to the FIRST mortgage on the Debtor's residence. The terms of the Trial Modification requires monthly payments in the amount of $421.00 ("Trial Payments") to begin on **APRIL 1, 2021** and to continue in that amount until **JUNE 1, 2021** (the "Trial Modification Period"). In light of the need for an immediate change in the distribution to the Creditor, the Debtor requests the Court to enter this *Interim Mortgage Modification Order* until a final, permanent modification can be presented to the Court for approval.

*AND NOW,* this **14th day of April,** *2021*, for the foregoing reasons it is hereby *ORDERED*, *ADJUDGED and DECREED* that:

(1) The Chapter 13 Trustee is authorized and directed to modify the distributions to the above-named Creditor for the Trial Modification Period. Each Trial Payment shall be made in the Amount of $421.00 for the following months: April 2021, May 2021 and June 2021. Following the Trial Modification Period, the Chapter 13 Trustee shall continue to make distributions in the same amount as the Trial Payments until further Order of Court.

**PAWB Local Form 47 (04/14)**                                                                                    Page 1 of 2

(2) In the event that a Permanent Modification is reached between the Parties, the Debtor *immediately* shall file a *Motion to Authorize the Loan Modification* in compliance with *W.PA.LBR 9020-6(d)*.

(3) The LMP Period is extended until fourteen (14) days after the expiration of the Trial Modification Period. If the Debtor has not filed a *Motion to Authorize the Loan Modification* within fourteen (14) days after the expiration of the Trial Modification Period, then the Debtor shall *immediately* file and serve either a *Motion to Extend the Loss Modification Period* pursuant to *W.PA.LBR 9020-5(b)* or a *Motion to Terminate the Loss Modification Program* pursuant to *W.PA.LBR 9020-5(c)* that sets forth the specific reasons why an agreement was not reached.

(4) Any Party may seek a further hearing regarding the amendment or termination of this *Order* at any time during the Trial Modification Period by filing an appropriate Motion.

(5) Within three (3) days of entry of this *Order*, Debtor shall serve this *Order* electronically on the Chapter 13 Trustee at the following email address: **LMP@chapter13trusteewdpa.com** and the Debtor shall not be entitled to rely on CM/ECF or United States Mail for service of this *Order* on the Chapter 13 Trustee. The Debtor's Certificate of Service shall reflect service upon the above identified email address.

_____  mas
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

CASE ADMINISTRATOR SHALL SERVE:
Lillian S. Adams
Kenneth P. Seitz, Esquire
Brian C. Nicholas, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 20-70343-JAD
Lillian S Adams Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: dkam | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 14, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lillian S Adams, 158 Coffee Hill Road, Hooversville, PA 15936-8714 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-5 bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Lillian S Adams thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4