UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Lillian S. Adams

Case No. 20-70343

Chapter 13

Debtor(s) /

**CREDITOR NOTICE OF CHANGE OF ADDRESS**

NAME: BLI Rentals, LLC

OLD MAILING ADDRESS: 715 Merchant

Emporia, KS 66801

NEW MAILING ADDRESS: PO Box 992

Emporia, KS 66801

RECEIVED
APR 19 2021
CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLANIA

Dated: 04/13/2021

CREDITOR SIGNATURE: *Chandra Fulk*

PHONE NUMBER: 270-727-0335

EMAIL: cfulk@hci.net

**All future notices shall be sent to the new mailing address**

Heartland Capital Investments, LLC
PO Box 992
Emporia, KS 66801

**RECEIVED**
APR 19 2021
CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLVANIA

KANSAS CITY
14 APR 2021

ZIP 66801
02 1W
0001399574 APR 14 2021
U.S. POSTAGE ≫ PITNEY BOWES
$ 000.51⁰

15219-280564

US Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219