# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 20-70343-JAD |
| Lillian S. Adams, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Lillan S. Adams, | : | Docket No. 61 |
| Movant | : | |
| | : | Hearing Date & Time: September 15, 2021 |
| v. | : | 11:00 AM |
| | : | |
| Carrington Mortgage Services, LLC, | : | |
| Respondent | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO APPROVE LOAN MODIFICATION AGREEMENT

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Loan Modification Agreement filed on August 10, 2021, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Approve Loan Modification Agreement appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Approve Loan Modification Agreement were to be filed and served no later than August 27, 2021.

It is hereby respectfully requested that the Order attached to the Motion to Approve Loan Modification Agreement be entered by the Court.

Dated: August 30, 2021

/s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. #81666
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
(814) 536-7470