UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Lillian S. Adams_____

      Debtor      /        Case No. 20-70343

Chapter __13_____

Claim # 2

**NOTICE OF CREDITOR NAME AND CHANGE OF ADDRESS**

NAME:        BLI Rentals, LLC_____

OLD MAILING ADDRESS:        PO Box 992

       Emporia, KS 66801_____

NEW MAILING ADDRESS:        Heartland Capital Investments, LLC_____

       PO_Box_409_____

       Mayfield, KY_42066_____

Dated: 11/08/24

SIGNATURE: *Chandra Fulk*_____

Heartland Capital Investments, LLC      Bankruptcy Paralegal

PHONE NUMBER: 270-727-0335_____

EMAIL: cfulk@hci.net__ _____

**All future notices/payments shall be sent to the new mailing address.**