**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>LILLIAN S ADAMS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>   Movant<br>   vs.<br>No Respondents. | Case No.:20-70343 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 24, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/03/2020 and confirmed on 8/14/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 37,862.00 |
| Less Refunds to Debtor | 497.07 | |
| TOTAL AMOUNT OF PLAN FUND | | 37,364.93 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,100.00 | |
|   Trustee Fee | 1,931.57 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,031.57 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| BANK OF NEW YORK MELLON<br>Acct: 6274 | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF NEW YORK MELLON<br>Acct: 6274 | 4,301.65 | 4,301.65 | 0.00 | 4,301.65 |
| BANK OF NEW YORK MELLON<br>Acct: 6274 | 0.00 | 21,065.01 | 0.00 | 21,065.01 |
| BANK OF NEW YORK MELLON<br>Acct: 6274 | 0.00 | 0.00 | 0.00 | 0.00 |
| HEARTLAND CAPITAL INVESTMENTS LLC<br>Acct: 7801 | 5,966.70 | 5,966.70 | 0.00 | 5,966.70 |
| | | | | 31,333.36 |
| **Priority** | | | | |
| KENNETH P SEITZ ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LILLIAN S ADAMS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LILLIAN S ADAMS<br>Acct: | 497.07 | 497.07 | 0.00 | 0.00 |
| KENNETH P SEITZ ESQ<br>Acct: | 3,100.00 | 3,100.00 | 0.00 | 0.00 |
| KENNETH P SEITZ ESQ<br>Acct: | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| CREDIT ACCEPTANCE CORP*<br>Acct: 9765 | 9,006.34 | 0.00 | 0.00 | 0.00 |
| CREDIT CONTROL SERVICE++<br>Acct: 9321 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT CONTROL SERVICE++<br>Acct: 1866 | 0.00 | 0.00 | 0.00 | 0.00 |
| EASTERN REVENUE<br>Acct: 2903 | 0.00 | 0.00 | 0.00 | 0.00 |
| EOS CCA++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 4806 | | | | |
| | PA STATE EMPLOYEES CU/PSECU | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | SUNTRUST BANK | 42.79 | 0.00 | 0.00 | 0.00 |
| | Acct: 9773 | | | | |
| | PENELEC/FIRST ENERGY** | 5,452.32 | 0.00 | 0.00 | 0.00 |
| | Acct: 7303 | | | | |
| | PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2016 | | | | |
| | UNITED AUTO CREDIT CORP(*) | 502.13 | 0.00 | 0.00 | 0.00 |
| | Acct: 6892 | | | | |
| | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9320 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7766 | | | | |
| | UPMC PHYSICIAN SERVICES | 180.23 | 0.00 | 0.00 | 0.00 |
| | Acct: 6892 | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***NONE***

| | | |
|---|---|---|
| **TOTAL PAID TO CREDITORS** | | 31,333.36 |
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 10,268.35 | |
| UNSECURED | 15,183.81 | |

Date: 10/24/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    LILLIAN S ADAMS

        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:20-70343 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                            BY THE COURT:

                            _____
                            U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70343-JAD |
| Lillian S Adams | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 2
Date Rcvd: Oct 27, 2025      Form ID: pdf900      Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lillian S Adams, 158 Coffee Hill Road, Hooversville, PA 15936-8714 |
| 15262333 | | Pa Sta Empcu, P.o. Box 1006, Harrisburg, PA 17108 |
| 15262337 | + | United Auto Credit Co, 3990 Westerley Place, Newport Beach, CA 92660-2310 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 28 2025 00:39:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 5632-9617 |
| 15262328 | | Email/Text: BKBCNMAIL@carringtonms.com | Oct 28 2025 00:38:00 | Carrington Mortgage Se, 15 Enterprise St, Aliso Viejo, CA 92656 |
| 15276638 | | Email/Text: BKBCNMAIL@carringtonms.com | Oct 28 2025 00:38:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 15262612 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 28 2025 00:38:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 15262329 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 28 2025 00:38:00 | Credit Acceptance Corp, Po Box 5070, Southfield, MI 48086-5070 |
| 15262330 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 28 2025 00:39:00 | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 15262331 | + | Email/Text: emails@easternrevenue.com | Oct 28 2025 00:38:00 | Eastern Revenue Inc, 601 Dresher Rd, Horsham, PA 19044-2202 |
| 15262332 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 28 2025 00:39:00 | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |
| 15262327 | | Email/Text: cfulk@hci.net | Oct 28 2025 00:38:00 | Heartland Capital Investments, LLC, PO Box 409, Mayfield, KY 42066 |
| 15275220 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 28 2025 00:39:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15270075 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2025 00:48:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15262334 | | Email/Text: clientservices@paramountrecovery.com | Oct 28 2025 00:38:00 | Paramt Rec, 7524 Bosque Blvd, Waco, TX 76712 |
| 15262335 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Oct 28 2025 00:38:00 | Penelec, P.O. Box 3687, Akron, OH 44309-3687 |
| 15270237 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Oct 28 2025 00:38:00 | Penelec/FirstEnergy, 101 Crawford's Corner Rd Bldg #1 Suite 1, Holmdel, NJ 07733-1976 |
| 15262336 | + | Email/Text: bankruptcies@penncredit.com | Oct 28 2025 00:38:00 | Penn Credit Corporatio, 2800 Commerce Drive, Harrisburg, PA 17110-9307 |
| 15278452 | + | Email/Text: bankruptcy@bbandt.com | Oct 28 2025 00:38:00 | SunTrust Bank now Truist Bank, SunTrust Bank now Truist Bank, Support S, P.O. Box 85092, |

Case 20-70343-JAD    Doc 93    Filed 10/29/25    Entered 10/30/25 00:33:05    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0315-7 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 27, 2025 | Form ID: pdf900 | Total Noticed: 21 |

| Recip ID | | | | |
|---|---|---|---|---|
| | | | | Richmond, VA 23286-0001 |
| 15278958 | | Email/Text: BNCnotices@dcmservices.com | Oct 28 2025 00:38:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15268216 | + | Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET | Oct 28 2025 00:38:00 | United Auto Credit Corporation, PO Box 163049, Fort Worth, TX 76161-3049 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON, F/K/A The Bank of New |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2025      Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-5 dcarlon@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Lillian S Adams thedebterasers@aol.com |
| Matthew Fissel | on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-5 bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5