IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
    LILLIAN S ADAMS

        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:20-70343 JAD

Chapter 13

Related to Doc No.: 91

ORDER OF COURT

  AND NOW, this ___7th___ day of ___January___, 20_26_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_[signature]_ sjk
U.S. BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
1/7/26 11:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70343-JAD |
| Lillian S Adams | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 07, 2026 | Form ID: pdf900 | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lillian S Adams, 158 Coffee Hill Road, Hooversville, PA 15936-8714 |
| 15262333 | | Pa Sta Empcu, P.o. Box 1006, Harrisburg, PA 17108 |
| 15262337 | + | United Auto Credit Co, 3990 Westerley Place, Newport Beach, CA 92660-2310 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 08 2026 00:29:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 5632-9617 |
| 15262328 | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 08 2026 00:29:00 | Carrington Mortgage Se, 15 Enterprise St, Aliso Viejo, CA 92656 |
| 15276638 | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 08 2026 00:29:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 15262612 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 08 2026 00:29:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 15262329 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 08 2026 00:29:00 | Credit Acceptance Corp, Po Box 5070, Southfield, MI 48086-5070 |
| 15262330 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 08 2026 00:29:00 | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 15262331 | + | Email/Text: emails@easternrevenue.com | Jan 08 2026 00:29:00 | Eastern Revenue Inc, 601 Dresher Rd, Horsham, PA 19044-2202 |
| 15262332 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 08 2026 00:29:00 | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |
| 15262327 | | Email/Text: cfulk@hci.net | Jan 08 2026 00:29:00 | Heartland Capital Investments, LLC, PO Box 409, Mayfield, KY 42066 |
| 15275220 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 08 2026 00:29:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15270075 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 08 2026 00:27:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15262334 | | Email/Text: clientservices@paramountrecovery.com | Jan 08 2026 00:29:00 | Paramt Rec, 7524 Bosque Blvd, Waco, TX 76712 |
| 15262335 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Jan 08 2026 00:29:00 | Penelec, P.O. Box 3687, Akron, OH 44309-3687 |
| 15270237 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Jan 08 2026 00:29:00 | Penelec/FirstEnergy, 101 Crawford's Corner Rd Bldg #1 Suite 1, Holmdel, NJ 07733-1976 |
| 15262336 | + | Email/Text: bankruptcies@penncredit.com | Jan 08 2026 00:29:00 | Penn Credit Corporatio, 2800 Commerce Drive, Harrisburg, PA 17110-9307 |
| 15278452 | + | Email/Text: bankruptcy@bbandt.com | Jan 08 2026 00:29:00 | SunTrust Bank now Truist Bank, SunTrust Bank now Truist Bank, Support S, P.O. Box 85092, |

| District/off: 0315-7 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 07, 2026 | Form ID: pdf900 | Total Noticed: 21 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Richmond, VA 23286-0001 |
| 15278958 | | Email/Text: BNCnotices@dcmservices.com | | | |
| | | | | Jan 08 2026 00:29:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15268216 | + | Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET | | | |
| | | | | Jan 08 2026 00:29:00 | United Auto Credit Corporation, PO Box 163049, Fort Worth, TX 76161-3049 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON, F/K/A The Bank of New |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2026          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-5 dcarlon@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Lillian S Adams thedebterasers@aol.com |
| Matthew Fissel | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-5 bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5